UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:17-cr-14 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| JOSHUA NATHAN BROWN ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

**ORDER**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 19) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment; (2) accept Defendant's guilty plea as to Count One of the Indictment; (3) adjudicate Defendant guilty of possession of a firearm or ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1); and (4) order that Defendant remain in custody until sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 19) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

3.	Defendant is hereby **ADJUDGED** guilty of possession of a firearm or ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1); and

4.	Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **October 20, 2017**, at **9:00 a.m.** before the undersigned.

**SO ORDERED.**

>	*/s/Travis R. McDonough*
>	**TRAVIS R. MCDONOUGH**
>	**UNITED STATES DISTRICT JUDGE**